IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SOTO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DOMINGO URIBE, JR.,<br><br>　　　　　Respondent.<br>_____ | No. C 09-1523 MMC (PR)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>**(Docket No. 7)** |

　　　　On April 7, 2009, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed July 17, 2009, the Court dismissed the petition with leave to amend to clarify the claims on which petitioner bases his entitlement to habeas corpus relief.  On August 20, 2009, petitioner field, in lieu of an amended petition, a motion to voluntarily dismiss the instant petition.  Rule 41 of the Federal Rules of Civil Procedure grants a party bringing an action the absolute right to dismiss such action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment."  See Fed. R. Civ. P. 41(a)(1)(i).  Here, respondent has not yet been directed to respond to the petition and, consequently, no answer or other responsive pleading has been served on petitioner or filed with the court.

　　　　Accordingly, petitioner's motion for voluntary dismissal of the above-titled action is hereby GRANTED and said action is hereby DISMISSED without prejudice to petitioner's

1 filing a new habeas corpus action in federal court after all available state remedies have been
2 exhausted with respect to the claims petitioner wishes to include in his petition.
3     This order terminates Docket No. 7.
4     The Clerk shall close the file.
5     IT IS SO ORDERED.
6 DATED: August 28, 2009

                    MAXINE M. CHESNEY
                    United States District Judge

**United States District Court**
For the Northern District of California